

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2014

No. 04-14-00592-CR

Joaquin Alberto **DAVILA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2013CRB377-L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

The reporter's record was due September 17, 2014. On that date, the court reporter, Roxann G. Soto, filed a notification of late record, requesting a seventy-four day extension of time to complete and file the record.

We grant the motion **in part**, and **order** Roxann G. Soto to file the record by **October 17, 2014**. *See* Tex. R. App. P. 35.3(c) (extension of time to file record in ordinary appeal must not exceed 30 days).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court